HUNT v. STATE.

[67 South. 57.]

CRIMINAL LAW. *Appeal. Review.*
    Where the evidence in a criminal case only raised a suspicion of
        defendant's guilt, he should be discharged.

APPEAL from the circuit court of Bolivar county.
HON. W. A. ALCORN, Judge.
Will Hunt was convicted of murder and appeals.

Appellant was convicted of the murder of his wife, and
sentenced to the penitentiary for life.   There were no
witnesses to the killing except the  defendant himself.
Immediately. after the gunshot appellant gave the alarm
that his wife had shot herself.  She was found with the
wound entering her head, the shot having taken an up-
ward range.   The appellant testified that his wife was
drunk or drug-crazed, and had quarreled with him and
gotten a shotgun and was attempting to shoot him, and
as he was trying to take the gun away from her it fell
to the floor and was discharged, and that the killing was
accidental.   The jury returned a verdict convicting ap-
pellant on circumstantial evidence, and he appeals.

*M. L. Kaufman* and *D. J. Allen*, for appellant.

*Geo. H. Ethridge*, Assistant Attorney-General for the
state.

COOK, J., delivered the opinion of the court.

We have carefully gone over all the evidence in this
case, and we can find no single circumstance that points
to the defendant's guilt with that degree of certainty
which the law demands.   Taking all of the circumstances

together, there is no legal proof of guilt. The most that can be said for the state's case is that there were some suspicious circumstances proven against the defendant.

It is not the policy of the law to punish individuals for crime when the evidence fails to prove that a crime was committed. The evidence here fails in this particular, and the judgment of the trial court is reversed and the defendant discharged.

*Reversed.*